MARTIN F. TRIANO, ESQ. (SBN 98272)
MARK D. BYRNE, ESQ. (SBN 109268)
**LAW OFFICES OF TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 371-8000
Facsimile: (415) 371-8001
E-mail: marty@triano.com
mark@trianobyrne.com

Attorneys for DOROTHY SMITH

UNITED STATES OF BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

MACADAM/CAGE PUBLISHING, INC.

Debtor.

Case No.: 14-30071

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Creditor Dorothy Smith, by and through her counsel, the Law Offices of Triano & Byrne, hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, that all Notices given or required to be given, and all papers served in this case, in any other related matter, or in adversary proceeding(s) related thereto, be delivered to and served upon the undersigned representatives of Dorothy Smith as follows:

Mark D. Byrne, Esq.
Law Offices of Triano & Byrne
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 371-8000
Facsimile: (415) 371-8001
Email: mark@trianobyrne.com

   PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002 and 9007 of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all Orders and Notices of Orders, Applications, Motions, Memoranda, Declarations, Answering or Reply papers, Petitions, Amended Chapter 7 Petitions, Pleadings, Requests, Complaints or Demands, whether formal or informal, written or oral, or whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, telecopy, personal delivery or otherwise, which are served or otherwise affect the Debtor or its property, Dorothy Smith, this case or any other adversary proceeding related thereto.

Date: March 18, 2014                              **LAW OFFICES OF TRIANO & BYRNE**



                                                   ___/s/ *MARK D. BYRNE, ESQ.*___
                                                   MARK D. BYRNE, ESQ.
                                                   Attorney for DOROTHY SMITH

---

The Law Office of
TRIANO & BYRNE
25 Jessie Street 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001