# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 14-30071 SDM  Judge: DENNIS MONTALI  
Case Name: MACADAM/CAGE PUBLISHING, INC.  
For Period Ending: 04/03/14

Trustee Name: E. LYNN SCHOENMANN  
Date Filed (f) or Converted (c): 01/17/14 (f)  
341(a) Meeting Date: 02/25/14  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. BANK OF MARIN CHECKING XXX859 | 600.00 | 0.00 | | 605.77 | FA | 0.00 | 0.00 |
| 2. UNION BANK CHECKING XXX9066 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. UNKNOWN RECEIVABLES FROM AMAZON | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. PUBLISHING AGREEMENTS WITH AUTHORS | Unknown | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. MISC FILE CABINETS, COMPUTER | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. BOOK INVENTORY STORED | 127,789.00 | 0.00 | | 0.00 | FA | 16,891.91 | 0.00 |
| 7. POSSIBLE REFUND FROM THE ONLINE 401K | 1,725.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $130,614.00 | $0.00 | | $605.77 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $16,891.91 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/03/14: NDR Report; no viable assets for benefit of estate, minimal funds being returned to Debtor

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

LFORM1EX

Ver: 17.05c

Case: 14-30071   Doc# 17   Filed: 04/03/14   Entered: 04/03/14 11:27:43   Page 1 of 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-30071 -SDM | | Trustee Name: | E. LYNN SCHOENMANN |
| --- | --- | --- | --- | --- |
| Case Name: | MACADAM/CAGE PUBLISHING, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8153 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0939 | | | |
| For Period Ending: | 04/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/14 | 1 | BANK OF MARIN | Bank Balance | 1129-000 | 605.77 | | 605.77 |
| 04/03/14 | 040001 | MACADAM/CAGE PUBLISHING, INC. % Eric A. Nyberg Kornfield, Nyberg, Bendes & Kuhner, PC 1970 Broadway, Ste. 225 Oakland, CA 94612 | Minimal Funds to Debtor | 8200-000 | | 605.77 | 0.00 |

```
                              COLUMN TOTALS              605.77      605.77       0.00
                        Less:  Bank Transfers/CD's         0.00        0.00
                              Subtotal                    605.77      605.77
                        Less:  Payments to Debtors                    605.77
                              Net                         605.77        0.00
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8153 | 605.77 | 0.00 | 0.00 |
| | 605.77 | 0.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   605.77   605.77

LFORM24

Case: 14-30071   Doc# 17   Filed: 04/03/14   Entered: 04/03/14 11:27:43   Page 2 of 2

Ver: 17.05c