UNITED STATES BANKRUPTCY COURT
Northern District of California

In Re: Macadam/Cage Publishing, Inc.　　　　Case No.: 14–30071 DM 7
　　　　Debtor(s)　　　　　　　　　　　　　Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ E. Lynn Schoenmann is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 4/4/14　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　Dennis Montali
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge