# Notice Recipients

District/Off: 0971−3 | User: awong | Date Created: 4/4/2014
Case: 14−30071 | Form ID: FIND | Total: 6

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | E. Lynn Schoenmann | tteeschoenmann@earthlink.net |
| aty | Daniel M. Linchey | dlinchey@gsdllaw.com |
| aty | Dennis D. Davis | ddavis@gsdllaw.com |
| aty | Eric A. Nyberg | e.nyberg@kornfieldlaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Macadam/Cage Publishing, Inc. | PO Box 267 | Fairfax, CA 94978−0267 |

TOTAL: 1